OLIVER DITSON COMPANY *vs.* A. M. TESTA.

Suffolk.    November 22, 1912. — November 25, 1912.

Present: RUGG, C. J., HAMMOND, LORING, BRALEY, & SHELDON, JJ.

*Practice, Civil, Appeal.   Supreme Judicial Court.*

No appeal lies to this court from an order of the Superior Court overruling an answer in abatement, such order being interlocutory.

RUGG, C. J.   This is an appeal from an order of the Superior Court overruling a plea in abatement. There has been no trial on the merits and no judgment. Hence the case is not properly

here. It has been decided many times that this court has no jurisdiction to consider an appeal from any interlocutory decision until after judgment unless the judge reports the question. *Cotter* v. *Nathan & Hurst Co.* 211 Mass. 31, and cases cited. *Cummings* v. *Ayer*, 188 Mass. 292. *Fay* v. *Upton*, 153 Mass. 6. *Shawmut Commercial Paper Co.* v. *Cram*, 212 Mass. 108.

*Appeal dismissed.*

The case was submitted on briefs.

*C. Toye*, for the defendant.

*A. M. Schwarz & S. A. Dearborn*, for the plaintiff.